IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GABRIEL JACKSON,** | : CIVIL ACTION NO. 1:20-CV-75 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **CORRECTIONAL OFFICER MEGAHAN,** *et al.*, | : |
| Defendants | : |

## ORDER

AND NOW, this 25th day of March, 2022, upon consideration of defendants' motion (Doc. 31), and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 31) to dismiss is treated as a motion for summary judgment and is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

3. Dr. Polmuller is DISMISSED from this action pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See FED. R. CIV. P. 4(m).

4. The Clerk of Court is directed to CLOSE this case.

5. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania